Page 1.

SCANNED

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2014 FEB 4 P 5:02
_____
DEPUTY CLERK

Sept 4 2014

Richard Suydam
103 Washington St
Rumford, ME 04276
207 369 0909

## Summary of Incident

On or about 5 Sept, 2013, at an open town Hall meeting at the Town Hall of Rumford, ME, at or about 17:58 – 18:01, I was forbidden by the Town Manager, Carlo Puiia to bring in signs quoting "SAVE Rumford" into the general hall. Mr Puiia cited, "There ~~~~ is voting going on." Hence politicking signs are not allowed. With 2 witnesses present, Candace Casey and Tom Fallon, I approached the Town Manager on whose authority was he citing. In front of witnesses and other Selectmen present, Mr Puiia gave a very nebulous response. I asked him to put his decision in writing. Another nebulous response was offered. Finally, asking yes or no was I to get a written explanation, Puiia stated, No [I would not get a written Response].

Previously during the summer sessions of the budget question, members of the opposition wore to these meetings, "SAVE GRCC" Tee Shirts.

Sept 4 2014
Richard E Suydam
103 Washington St
Rumford, ME
207 369 C9C9

Page 2.

Puiia [pronounced Pu,ya], cited no written or verbal objections to the wearers of the "SAVE GRCC" T-shirts. Nor did he demand that men and women strip off their worn "signs". No voting was occurring during earlier Summer Town Meetings. As per the meeting on or About Sept 5, 2013, Thursday he inferred or stated that voting was occurring or about to occur. Hence his decision to ban my signs. I had to leave the signs outside the chamber. I reiterate that no voting occurred as the said meeting was Tape-Recorded.

I maintain that my constitutional rights under the 1st Amendment — 4th Amendment.
14th Amendment
And perhaps other amendments were violated. As a black male 59 year old Veteran, Teacher, and Civil Rights Activist I resent the fact that I, in this State Am forced to fight civil rights questions already passed and ratified in the past in the current constitution.
I Am Asking for damages from Mr Puiia and to include the town of Rumford.

This Brief will be promulgated within several days
Richard E Syn
Richard E Suydam