UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **RICHARD E. SUYDAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:14-cv-00047-JDL |
| | ) | |
| **CARLO PUIIA** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **TOWN OF RUMFORD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 47) with the court on January 28, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The plaintiff, Richard E. Suydam, filed an Objection to the Recommended Decision on March 1, 2016. ECF No. 50. The defendants, Carlo Puiia and the Town of Rumford, filed a response to the plaintiff's Objection on March 11, 2016. ECF No. 54.

I have carefully reviewed and considered the Recommended Decision and the plaintiff's objections, together with the entire record, and have made a *de novo* determination of the matters objected to. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 47) is hereby **ADOPTED**. The defendants' motion for summary judgment (ECF No. 32) is **GRANTED**.

**SO ORDERED.**

Dated this 15th day of March, 2016.

                                                    /s/ Jon D. Levy  
                                                    **U.S. DISTRICT JUDGE**